\*\*E-Filed 6/22/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CURT GANDY, et al., | Case Number C 01-20416 JF (RS) |
| Plaintiffs, | ORDER REQUESTING RESPONSE TO PLAINTIFF MICHAEL WEAVER'S CORRESPONDENCE FILED JUNE 17, 2009 |
| v. | |
| UNITED STATES DEPARTMENT OF THE ARMY, et al., | |
| Defendants. | |

On June 17, 2009, Plaintiff Michael Weaver filed correspondence (dated June 9, 2009) requesting that the Court extend oversight in this matter for an additional five years.

Defendants shall file a written response on or before July 17, 2009.

DATED: 6/22/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 01-20416 JF (RS)
ORDER REQUESTING RESPONSE TO PLAINTIFF MICHAEL WEAVER'S CORRESPONDENCE FILED JUNE 17
(JFLC2)

1 | Copies of Order served on:

2 | Charles Michael O'Connor Charles.OConnor@usdoj.gov, charles.o'connor@usdoj.gov

3 | Mark A. Rigau mark.rigau@usdoj.gov, bernice.yee@usdoj.gov

4 | Scott J. Allen sallen@lgpatlaw.com, cbilgin@lgpatlaw.com, scott.j.allen@juno.com, tmorgan@lgpatlaw.com

5

6 | Charles Michael O'Connor
United States Attorney's Office

7 | Northern District of California

8 | 450 Golden Gate Avenue, 9th Floor
P.O. Box 36055

9 | San Francisco, CA 94102-3495

10

11 | Mark A. Rigau
U.S. Department of Justice

12 | Environmental & Natural Resources Division

13 | 301 Howard Street, Suite 1050
San Francisco, CA 94105

2

Case No. C 01-20416 JF (RS)
ORDER REQUESTING RESPONSE TO PLAINTIFF MICHAEL WEAVER'S CORRESPONDENCE FILED JUNE 17
(JFLC2)