**E-Filed 7/22/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CURT GANDY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY, et al.,<br><br>　　　　　Defendants. | Case Number C 01-20416 JF (RS)<br><br>ORDER DENYING PLAINTIFF MICHAEL WEAVER'S REQUEST THAT THE COURT EXTEND ITS OVERSIGHT IN THIS MATTER |

  On June 17, 2009, Plaintiff Michael Weaver filed correspondence (dated June 9, 2009) requesting that the Court extend oversight in this matter for an additional five years. The Court requested a response from Defendants, which was filed on July 14, 2009. After reviewing these documents, as well as the settlement agreement in this case, the Court concludes that it lacks jurisdiction to extend its oversight as requested by Mr. Weaver.

  On April 30, 2004, the Court approved the parties' stipulated dismissal of this action in accordance with a settlement agreement executed on April 28, 2004. That settlement agreement provided for resolution of specific disputes between the parties. The Court retained jurisdiction for five years following execution of the settlement agreement for the sole purpose of resolving

1  "a disagreement between the parties concerning the interpretation or performance of any aspect
2  of this Settlement Agreement." Settlement Agreement ¶ 11. In the event of such disagreement,
3  the dissatisfied party was to provide the other party with written notice of the dispute and a
4  request for negotiations. *Id*. Only after such notice had been provided, and an attempt to resolve
5  the dispute proved unsuccessful, was the dissatisfied party authorized to file a petition with the
6  Court to resolve the dispute. *Id*.

7   It does not appear that there is any particular "disagreement between the parties
8  concerning the interpretation or performance of any aspect of this Settlement Agreement." Nor
9  does it appear that Mr. Weaver provided the requisite written notice of such disagreement to
10 Defendants, or requested negotiations. Mr. Weaver's correspondence filed June 17, 2009, does
11 not constitute a petition within the meaning of paragraph 11 of the settlement agreement.
12 Moreover, this correspondence was submitted and filed after expiration of the five-year period
13 during which the Court retained jurisdiction to hear such petitions.[1] The Court concludes that
14 Mr. Weaver's request falls outside the scope of the jurisdiction reserved to the Court in the
15 settlement agreement. Accordingly, the request is DENIED.[2]

17 DATED: 7/22/2009

19 _____
   JEREMY FOGEL
20 United States District Judge

---

[1] Mr. Weaver did contact the Court informally by email and telephone prior to the expiration of the five-year period; however, those contacts were insufficient to constitute petitions within the meaning of paragraph 11 even had Mr. Weaver first given Defendants sixty days' notice as required under the settlement agreement.

[2] Nothing in this order is intended to prevent or discourage Mr. Weaver or any other interested party from initiating a new administrative or legal proceeding based upon current conditions at the former Fort Ord.

2

Case No. C 01-20416 JF (RS)
ORDER DENYING PLAINTIFF MICHAEL WEAVER'S REQUEST TO EXTEND OVERSIGHT
(JFLC2)

1 | Copies of Order served on:

3 | Charles Michael O'Connor Charles.OConnor@usdoj.gov, charles.o'connor@usdoj.gov

4 | Mark A. Rigau mark.rigau@usdoj.gov, bernice.yee@usdoj.gov

5 | Scott J. Allen sallen@lgpatlaw.com, cbilgin@lgpatlaw.com, scott.j.allen@juno.com, tmorgan@lgpatlaw.com

Charles Michael O'Connor
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102-3495

Mark A. Rigau
U.S. Department of Justice
Environmental & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105

Michael Weaver
c/o P.O. Box 1139
Marina, CA 93933

3

Case No. C 01-20416 JF (RS)
ORDER DENYING PLAINTIFF MICHAEL WEAVER'S REQUEST TO EXTEND OVERSIGHT
(JFLC2)